IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PABLO A. ALEMANY-NIEVES,<br><br>Defendant. | INFORMATION<br>Case No. 24-cr-00454 (CVR)<br>VIOLATION:<br><br>18 U.S.C. § 215(a)(1)<br><br>(ONE COUNT) |

THE UNITED STATES ATTORNEY CHARGES:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Digitally signed by Maria Luz Diaz-Santiago
Date: 2024.12.06 14:45:32 -04'00'

## COUNT ONE
### Bank Bribery
### 18 U.S.C. § 215(a)(1)

1.  On or around August 17, 2020, in the District of Puerto Rico, defendant Pablo Alemany Nieves corruptly gave, offered, and promised a payment not exceeding $1,000 to M.P. with the intent to influence and reward R.P., an officer, director, employee, and agent of Bank 1, a financial institution as defined under 18 U.S.C. § 20, in connection with a transaction and the business of Bank 1, specifically loans issued under the authority of the Coronavirus Aid, Relief, and Economic Security Act.

All in violation of 18 U.S.C. § 215(a)(1).

INFORMATION
United States v. Pablo A. Alemany-Nieves
Page 2

## FORFEITURE NOTICE

2. The allegations in this Information are realleged and incorporated by reference for the purpose of providing notice of forfeitures pursuant to 18 U.S.C. § 982(a)(2).

3. The United States gives notice to the defendant charged in this Information, that upon conviction of the offense alleged in Count One, all property, real or personal, involved in such offenses, and all property traceable to such property, is subject to forfeiture under 18 U.S.C. § 982(a)(2).

W. Stephen Muldrow
United States Attorney

_[signature]_
Myriam Y. Fernández-González
Assistant United States Attorney
Chief, Asset Recovery & Money Laundering Division

_[signature]_
Daniel J. Olinghouse
Assistant United States Attorney

Dated: 11/20/24